Emma M. Udall, Appellant, *v.* John C. Udall, Respondent, Impleaded with Another.

(Argued October 15, 1931; decided November 17, 1931.)

*Harold Ashare* for appellant.

*Guy O. Walser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.